FILED
2010 May-06 AM 09:55
U.S. DISTRICT COURT
N.D. OF ALABAMA



WACHOVIA TOWER
420 TWENTIETH STREET NORTH
SUITE 1600
BIRMINGHAM, ALABAMA 35203
PHONE: 205.328.0480
FAX: 205.322.8007

www.bakerdonelson.com

FILED

2010 MAY -6 A 9:52

U.S. DISTRICT COURT
N.D. OF ALABAMA

FERN H. SINGER, SHAREHOLDER
Direct Dial: 205.244.3801
Direct Fax: 205.488.3801
E-Mail Address: fsinger@bakerdonelson.com

May 4, 2010

Honorable C. Lynwood Smith, Jr.
United States District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

    Re:    *Cassandra Nichols vs. Volunteers of America*
           Case No.: 08-cv-00501-CLS

           *Doris Cooper v. Volunteers of America*
           Case No.: 08-cv-00583-CLS

           *Sonja King v. Volunteers of America*
           Case No.: 08-cv-00856

Dear Judge Smith:

    Despite the best effort of the parties, we were not able to settle the above referenced cases. I am hopeful, given the progress we made today, that the parties will continue to talk.

                      Respectfully,

                      Fern H. Singer

FHS:mje

cc:    Michael L. Weathers (via email)
       Christopher S. Kuffner (via email)
       David B. Block (via email)

B FHS 912903 v1
1036166-000443 05/04/2010